IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DASHAWN WATSON, | § | |
| | § | No. 30, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1303016651 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: May 9, 2017
Decided: May 15, 2017

## **ORDER**

This 15th day of May 2017, it appears to the Court that, on April 26, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter on or before February 27, 2017 and for his failure to pay the Supreme Court filing fee. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice